ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250

*Attorneys for Defendants Michael A. Cherry,*
*Michael L. Douglas, Mark Gibbons, James W. Hardesty,*
*Ronald T. Israel, Ron Parraguirre, Kristina Pickering, and*
*Nancy M. Saitta*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE T. POSNER, an individual; EVA M POSNER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD T. ISRAEL; JAMES W. HARDESTY; RON PARRAGUIRRE; MICHAEL L. DOUGLAS; MICHAEL A. CHERRY; NANCY M. SAITTA; MARK GIBBONS; AND KRISTINA PICKERING<br><br>Defendants. | Case No.:  2:15-cv-00377-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

COMES NOW, the parties, through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant the Honorable District Court Judge Ronald Israel to file a response to Plaintiffs' Complaint shall be extended from August 26, 2015 to September 9, 2015 and the time for Defendants the Honorable Nevada Supreme Court Justices James Hardesty, Ron Parraguirre, Michael Douglas, Michael Cherry, Nancy Saitta, Mark Gibbons, and Kristina Pickering shall be extended from September 1, 2015 to September 9, 2015.

/ / /

**Reason for Extension**

Undersigned Counsel for Defendants requested the extension of the current deadline due to his litigation schedule and his recent promotion, which has limited his time to draft a response to Plaintiffs' Complaint.   This stipulation is made in good faith and not for the purpose of delay.   This is the first request for an extension of time to file Defendants' response to Plaintiffs' Complaint.


DATED this 25th day of August, 2015.          DATED this 25th day of August, 2015.

THE LAW OFFICE OF ROBERT W. LUECK       ADAM PAUL LAXALT
                                        Attorney General

By:   /s/ Robert W. Lueck_____     By:   /s/ Frederick J. Perdomo____
         ROBERT W. LUECK, Esq                    FREDERICK J. PERDOMO
                                                 Senior Deputy Attorney General
      Attorney for Plaintiffs                    Public Safety Division

                                             Attorneys for Defendant


# IT IS SO ORDERED


**DATED**: August 26, 2015

_____

Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of August, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**, on the following:

Robert W. Lueck, Esq
528 So. Casino Center Dr. #311
Las Vegas, NV 89101

*Attorneys for Plaintiff*

An employee of the
Office of the Attorney General