ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250
E-Mail: fperdomo@ag.nv.gov

*Attorneys for Defendants Michael A. Cherry, Michael L. Douglas, Mark Gibbons, James W. Hardesty, Ronald T. Israel, Ron Parraguirre, Kristina Pickering, and Nancy M. Saitta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE T. POSNER, an individual; EVA M POSNER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD T. ISRAEL; JAMES W. HARDESTY; RON PARRAGUIRRE; MICHAEL L. DOUGLAS; MICHAEL A. CHERRY; NANCY M. SAITTA; MARK GIBBONS; AND KRISTINA PICKERING<br><br>Defendants. | Case No.:  2:15-cv-00377-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br>**[SECOND REQUEST]** |

COMES NOW, the parties, through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants, the Honorable District Court Judge Ronald Israel and the Honorable Nevada Supreme Court Justices James Hardesty, Ron Parraguirre, Michael Douglas, Michael Cherry, Nancy Saitta, Mark Gibbons, and Kristina Pickering to file a response to Plaintiffs' Complaint shall be extended from September 9, 2015 to September 15, 2015.

/ / /

**Reason for Extension**

Undersigned Counsel for the Judicial Defendants finalized their response to Plaintiffs' Complaint on September 9, 2015. The response is being sent for the Judicial Defendants to review. This limited extension of time is to permit the Judicial Defendants and their staff an opportunity to review and comment on the response before it is filed with this Court. Accordingly, this stipulation is made in good faith and not for the purpose of delay. This is the second request for an extension of time to file the Judicial Defendants' response to Plaintiffs' Complaint.

DATED this 9th day of September, 2015.   DATED this 9th day of September, 2015.

THE LAW OFFICE OF ROBERT W. LUECK   ADAM PAUL LAXALT
Attorney General

By:   /s/ Robert W. Lueck   By:   /s/ Frederick J. Perdomo
ROBERT W. LUECK, Esq   FREDERICK J. PERDOMO
Senior Deputy Attorney General
*Attorney for Plaintiffs*   Public Safety Division

*Attorneys for Defendant*

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: September 9, 2015

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of September, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT [SECOND REQUEST]**, on the following:

Robert W. Lueck, Esq
528 So. Casino Center Dr. #311
Las Vegas, NV 89101

*Attorneys for Plaintiff*

_____
An employee of the
Office of the Attorney General