ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250

*Attorneys for Defendants Michael A. Cherry, Michael L. Douglas, Mark Gibbons, James W. Hardesty, Ronald T. Israel, Ron Parraguirre, Kristina Pickering, and Nancy M. Saitta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE T. POSNER, an individual; EVA M POSNER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD T. ISRAEL; JAMES W. HARDESTY; RON PARRAGUIRRE; MICHAEL L. DOUGLAS; MICHAEL A. CHERRY; NANCY M. SAITTA; MARK GIBBONS; AND KRISTINA PICKERING<br><br>Defendants. | Case No.:  2:15-cv-00377-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**[FIRST REQUEST]** |

COMES NOW, the parties, through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants the Honorable District Court Judge Ronald Israel and the Honorable Nevada Supreme Court Justices James Hardesty, Ron Parraguirre, Michael Douglas, Michael Cherry, Nancy Saitta, Mark Gibbons, and Kristina Pickering (Judicial Defendants) to file a reply in support of Defendants' Motion to Dismiss (Doc. #41) shall be extended five days from October 22, 2015 up to and including October 26, 2015.

/ / /

/ / /

**Reason for Extension**

Although Undersigned Counsel for the Judicial Defendants has started to draft the Judicial Defendants reply in support of Defendants' Motion to Dismiss, his time has been limited as a result of drafting an Answering Brief in an appeal before the U.S. Court of Appeals for the Ninth Circuit and attending to other matters in his caseload. The Judicial Defendants seek this limited five day extension of time to afford their counsel sufficient time to complete this brief.  Accordingly, this stipulation is made in good faith and not for the purpose of delay.  This is the first request for an extension of this deadline.

| | |
|---|---|
| DATED this 22nd day of October, 2015. | DATED this 22nd day of October, 2015. |
| THE LAW OFFICE OF ROBERT W. LUECK | ADAM PAUL LAXALT<br>Attorney General |
| By:  /s/<br>  ROBERT W. LUECK, Esq<br>  Attorney for Plaintiffs | By:  _____<br>  FREDERICK J. PERDOMO<br>  Senior Deputy Attorney General<br>  Public Safety Division<br>  Attorneys for Defendants |

**IT IS SO ORDERED:**

DATED: October 23, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of October, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS [FIRST REQUEST]**, on the following:

Robert W. Lueck, Esq
528 So. Casino Center Dr. #311
Las Vegas, NV 89101

*Attorneys for Plaintiff*

/s/ Karen L. Rutledge
An employee of the
Office of the Attorney General